IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KARI ALBERTUS ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | C.A. No. 18-1534-MN |
| ) | |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, INC., LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA ) | |
|     Defendants. ) | |

### STIPULATION OF DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED by and in between the Parties in the above captioned matter that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-captioned case shall be dismissed with prejudice.

| | |
|---|---|
| /s/ Gary W. Aber | /s/James D. Taylor |
| GARY W. ABER (DSB#754) | James D. Taylor, Jr., Esquire |
| 704 N. King Street, Suite 200 | Saul Ewing Arnstein & Lehr LLP |
| P.O. Box 1675 | 1201 N. Market Street, Suite 2300 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 472-4900 | Attorneys for Defendant |
| Attorney for Plaintiff | |

Dated: February 26, 2019

SO ORDERED, this 27th day of February, 2019.

_____
The Honorable Maryellen Noreika
United States District Judge